JERRY MONTGOMERY NEAL, APPELLANT, *v.* THE STATE OF NEVADA, RESPONDENT.

No. 6050

February 24, 1970                                466 P.2d 666

*James D. Santini,* Public Defender, and *Jeffrey D. Sobel,* Deputy Public Defender, Clark County, for Appellant.

*Harvey Dickerson,* Attorney General, *George E. Franklin, Jr.,* District Attorney, and *Richard D. Weisbart,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The briefs and the record on appeal having been given full consideration, and finding that there is substantial competent evidence to support the jury verdict below, and that appellant has failed to demonstrate reversible error, this appeal is dismissed. Anders v. California, 386 U.S. 738 (1967), and Sanchez v. State, 85 Nev. 95, 450 P.2d 793 (1969).